78,951-01,02,03

In the Court of
Criminal Appeals
WR-78-951-03,§02,§01

From: Charles Laymon Cox
T.D.C.J. No. 1463721

To: Abel Acosta, Clerk
Court of Criminal Appeals

RE: Second and Final Notice of
Incomplete Record WR-78-951-03,§02,§01

April 26, 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

To the Honorable Clerk:

    Charles Laymon Cox does herein [i]this Second and Final Notice of Incomplete Record state: That the Record WR-78-951-03,§02,§01 does not contain Appellants Memorandum Controverting States Proposed Findings dated 6-9-2014, upon verification by State Law Library request #7584 dated 4-6-2015. The Memorandum answering the Court Order Closing Evidence In 15 Days dated 5-27-2014 by Criminal Magistrate Charles P. Reynolds was delivered to the 213th District Court by Certified Mail #7013-0600-1808-2285, 6-10-2014

    Therefor in [i]this Second and Final Notice requesting the Honorable Clerk to respond within 15 Working Days upon reciept of this Notice or by 5-21-2015, Appellant will seek Mandamus in Federal District Court, where it can be proven: A Motion for Discovery of the Record WR-78-951-03 was Denied, and final verification by the State Law Library that the item has been omitted.

    Charles Laymon Cox requests Certification by the Clerk that the Record has been corrected upon his First Notice of Incomplete Record dated 3-9-2015, or the Clerk is seeking the omitted item and will Certify upon reciept.

                  Respectfully Submitted
                  Charles L. Cox

Copy to File